IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA McCARTNEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 3:21-cv-166 |
| KIDS 2 INC., *et al.*, ) | Judge Stephanie L. Haines |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 1st day of September, 2022, pursuant to the post-discovery status conference held this day, IT IS ORDERED that, no later than **12:00 PM** on **September 6, 2022**, Plaintiffs may file for the Court's consideration a motion to conduct the deposition of the corporate designee out of time. An untimely motion will be summarily denied. If no motion is filed, the issue will be deemed closed; and,

IT FURTHER IS ORDERED that, should Plaintiffs timely file such a motion, Defendants shall file a response to Plaintiffs' motion no later than **September 13, 2022**. No reply or sur-reply will be permitted.

Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record