IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA McCARTNEY, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| KIDS 2 INC., | ) Civil Action No. 3:21-cv-166 ) Judge Stephanie L. Haines |
| Defendant. | ) ) ) ) |

## ORDER OF COURT

AND NOW, this 17th day of October, 2022, upon the Court having been advised of yet another discovery dispute that the parties have been unable to resolve without Court intervention, IT IS ORDERED that a telephonic statue conference hereby is scheduled for **Monday, October 24, 2022, at 2:00 p.m.**, before Judge Stephanie L. Haines. The Court will conduct the case management conference via an AT&T call-in number, which requires participants to dial in and provide an access code. The Court will provide the dial in number and access code via an email to all counsel. All participating counsel are expected to be on the call at 2:00 p.m. on October 24, 2022.

Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record

1