# EXHIBIT D

## CONFIDENTIAL

**[This Exhibit will be filed pending the Court's determination on Kids2's Motion for Leave to File Exhibits Under Seal]**