UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TANYA MCCARTNEY** and **MARK MONTGOMERY III**, Individually and as Administrators of the **ESTATE OF KAIDON A. MONTGOMERY**,<br><br>Plaintiffs,<br><br>vs.<br><br>**KIDS 2, INC. f/k/a KIDS II, INC.**; and **KIDS 2, INC. d/b/a, t/a, a/k/a INGENUITY**,<br><br>Defendant. | Civil Action No.: 3:21-CV-166<br><br>**NOTICE OF SETTLEMENT** |

Defendant Kids2, Inc. and Plaintiffs Tanya McCartney and Mark Montgomery III, by and through their counsel of record, hereby notify the Court that Kids2 and Plaintiffs and their counsel at Kline & Specter have resolved all claims between them in the instant lawsuit, leaving the only remaining issue in this case Kids2's pending sanctions motion, which Kids2 believes should proceed to the April 12 hearing on the issue of monetary sanctions against Mr. Bosworth.

**Nelson Mullins Riley & Scarborough LLP**

Dated: March 30, 2023

*s/ Jennfer L. Bullard*
Alana K. Bassin, Esq. (Pro Hac Vice)
Jennifer L. Bullard, Esq. (Pro Hac Vice)
Jenna L. Durr, Esq. (Pro Hac Vice)
1600 Utica Avenue South, Suite 750
Minneapolis, MN 55416
T: (612) 464-4500
F: (612) 255-0739
alana.bassin@nelsonmullins.com
jennifer.bullard@nelsonmullins.com
jenna.durr@nelsonmullins.com

1

-and-

William J. Conroy, Esq.
Yasha K. Shahidi, Esq.
Attorney ID Nos.: PA 36433/ PA 322044
Campbell Conroy & O'Neil, PC
1205 Westlakes Drive, Suite 330
Berwyn, PA 19312
T: (610) 964-6387
F: (610) 964-1981
wconroy@campbell-trial-lawyers.com
yshahidi@campbell-trial-lawyers.com

*Attorneys for Defendant Kids2, Inc.*

**Kline & Specter, P.C.**

Dated: March 30, 2023

*s/Michael A. Trunk*
Michael A. Trunk, Esq.
Shanin Specter, Esq.
Attorney ID Nos. 83870 / 323350
1525 Locust Street
Philadelphia, PA  19102
T: (215) 772-1000
F: (215) 772-1005
michael.trunk@klinespecter.com
shanin.specter@klinespecter.com

*Counsel for Plaintiffs Tanya McCartney and Mark Montgomery, III*

## CERTIFICATE OF SERVICE

I, Jennifer L. Bullard, Esq., hereby certify that the foregoing ***NOTICE OF SETTLEMENT*** by filing the foregoing with the Clerk of Court using the CM/ECF system which will send notifications of such filing to all parties of record.

**Nelson Mullins Riley & Scarborough LLP**

Dated: March 30, 2023.

*s/ Jennifer L. Bullard*
Alana K. Bassin (Pro Hac Vice)
Jennifer L. Bullard, Esq. (Pro Hac Vice)
Jenna Durr, Esq. (Pro Hac Vice)

*Attorneys for Defendant Kids2, Inc.*