**BOSWORTH LAW**
By:   THOMAS E. BOSWORTH, ESQ.
Attorney I.D. No. 323350
123 South Broad Street, Suite 2040
Philadelphia, PA 19109
(267) 212-4177
tom@tombosworthlaw.com

| | |
|---|---|
| TANYA MCCARTNEY and MARK MONTGOMERY, Individually and as Administrators of the ESTATE OF KAIDON A. MONTGOMERY,<br><br>*Plaintiffs,*<br><br>v.<br><br>KIDS 2, INC. f/k/a KIDS II, INC.; and KIDS 2, INC. d/b/a, t/a, a/k/a INGENNUITY<br><br>*Defendant.* | CIVIL ACTION NO.: 3:21-CV-166<br><br>**<u>JURY TRIAL DEMANDED</u>** |

## THOMAS E. BOSWORTH, ESQ.'S MOTION FOR LEAVE TO FILE REPLY BRIEF TO DEFENDANT'S REPLY BRIEF IN SUPPORT OF DEFENDANT'S <u>MOTION FOR SANCTIONS</u>

1. Defendant's Motion for Sanctions is scheduled for a hearing on May 2, 2023, at 2:30 p.m.

2. On March 30, 2023, Defendant filed a Reply to Thomas E. Bosworth, Esq.'s Response in Opposition to Defendant's Motion for Sanctions (ECF No. 105).

3. Thomas E. Bosworth, Esq. respectfully requests leave of this Court to file a Reply to Defendant's March 30, 2023 Reply, which is attached hereto as Exhibit "A."

                              Respectfully submitted,

                              */s/ Thomas E. Bosworth*_____
                              THOMAS E. BOSWORTH, ESQ.

## **CERTIFICATION OF SERVICE**

  I, Thomas E. Bosworth, Esq., counsel for the plaintiff, hereby certify that Thomas E. Bosworth, Esq.'s Motion for Leave to File a Reply Brief in Response to Defendant's Reply Brief in Support of Defendant's Motion for Sanctions was served upon all parties through their counsel of record through the Court's e-notification system.

Date: 5/2/23

                */s/ Thomas E. Bosworth*_____
                THOMAS E. BOSWORTH, ESQ.