# EXHIBIT "A"

**BOSWORTH LAW**
By:     THOMAS E. BOSWORTH, ESQ.
Attorney I.D. No. 323350
123 South Broad Street, Suite 2040
Philadelphia, PA 19109
(267) 212-4177
tom@tombosworthlaw.com

| | |
|---|---|
| TANYA MCCARTNEY and MARK MONTGOMERY, Individually and as Administrators of the ESTATE OF KAIDON A. MONTGOMERY,<br><br>*Plaintiffs,*<br><br>v.<br><br>KIDS 2, INC. f/k/a KIDS II, INC.; and KIDS 2, INC. d/b/a, t/a, a/k/a INGENNUITY<br><br>*Defendant.* | CIVIL ACTION NO.: 3:21-CV-166<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**THOMAS E. BOSWORTH, ESQ.'S REPLY BRIEF TO DEFENDANT'S REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS**

I know that writing this brief probably is not even in my best interests, but, after much self-reflection, I know that it is what I must do. The way that I spoke to defense counsel in the at-issue depositions was rude and unacceptable. I am especially ashamed of the personal insults that I unfairly levied against Ms. Bassin. While tensions may run high during depositions and strong disagreements may arise, the manner in which I chose to address these disagreements was wrong. I allowed my strong desire to zealously represent the parents of a dead child to override my judgment in how to respectfully address opposing counsel.

Respectfully submitted,

*/s/ Thomas E. Bosworth*_____
THOMAS E. BOSWORTH, ESQ.