**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TANYA MCCARTNEY and MARK MONTGOMERY III, Individually and as Administrators of the ESTATE OF K.M., | CIVIL ACTION NO. 3:21-cv-166 |
| *Plaintiffs* | |
| v. | |
| KIDS2, INC. f/k/a KIDS II, INC. and KIDS2, INC. d/b/a, t/a, a/k/a INGENUITY | |
| *Defendants.* | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby Stipulated and Agreed, by and between the parties, through their respective attorneys, that the above-captioned lawsuit, together with any and all claims set forth in the pleadings, may be dismissed with prejudice, but without costs.

Respectfully submitted,

Date:   November 2, 2023        By:   _____
                                      Shanin Specter, Esquire
                                      Michael A. Trunk, Esquire
                                      KLINE & SPECTER, P.C.
                                      1525 Locust Street
                                      Philadelphia, PA 19102
                                      (215) 772-1000
                                      michael.trunk@klinespecter.com
                                      *Attorney for Plaintiffs*

Date:   November 2, 2023

By:

/s/ Jennifer L. Bullard
_____
Alana K. Bassin, Esq. (Pro Hac Vice)
Jennifer L. Bullard, Esq. (Pro Hac Vice)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1600 Utica Avenue South, Suite 750
Minneapolis, MN 55416
Tel: 612-464-4500
jennifer.bullard@nelsonmullins.com

-and-

William J. Conroy, Esq.
Yasha K. Shahidi, Esq.
CAMPBELL CONROY & O'NEIL
1205 Westlakes Drive, Suite 330
Berwyn, PA 19312
Tel: 610-964-6380
wconroy@campbell-trial-lawyers.com
yshahidi@campbell-trial-lawyers.com

*Attorneys for Defendants*

AND NOW, this ___2nd_____ ,
day of _November_ , 20 23 .
IT IS SO ORDERED.
_____
UNITED STATES DISTRICT JUDGE